IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**NATASHA JOHNSON MOORE**                                         **PLAINTIFF**

**V.**                                       **CIVIL ACTION NO. 3:16-cv-91 CWR-FKB**

**KIM MANSARAY[1], AS ACTING CHIEF EXECUTIVE OFFICER
OF CORPORATION FOR NATIONAL AND
COMMUNITY SERVICE**                                                                **DEFENDANT**

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

THIS DAY this cause came on to be heard upon the joint, *ore tenus* motion of the parties seeking entry of an Agreed Order Dismissing Case with Prejudice in the above styled and numbered cause of action. Finding the motion is well taken, the Court grants the motion.

Accordingly, this Court hereby ORDERS that this case is dismissed with prejudice as to all parties. The settlement disposes of any claims for fees and costs, and no order on that matter is necessary. This Court retains jurisdiction over the parties and any claims relating to the enforcement of the settlement agreement should there be any dispute relating to it or the parties' compliance with it.

SO ORDERED, this the 27th day of October, 2017.

                                                         s/ Carlton W. Reeves
                                                          CARLTON REEVES
                                                          United States District Judge

---

[1] Wendy Spencer is no longer the Chief Executive Officer of Corporation for National and Civil Community Service. Kim Mansaray is now the Acting Chief Executive Officer of Corporation for National and Community Service. Under Federal Rule of Civil Procedure 25(d), when a public officer who is a party to a lawsuit in an official capacity resigns or ceases to hold office while the lawsuit is pending, the officer's successor is automatically substituted as a party.

**SUBMITTED BY:**

| | |
|---|---|
| */s/ Kristi H. Johnson* | */s/ Victoria Prince Ryals* |
| KRISTI H. JOHNSON | VICTORIA PRINCE RYALS |
| (MS Bar No. 102891) | (MS Bar No. 103090) |
| Attorney for the Defendant | Attorney for the Plaintiff |